IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYLER KING**                                                            **PLAINTIFF**

v.                        No: 3:18-cv-00007 JLH-PSH

**K. BLACK,** *et al.*[1]                                       **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Tyler King's amended complaint (Doc. No. 5) for screening purposes,[2] it appears that service is appropriate with respect to King's claims against defendants K. Black and K. Sullivan. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5), and summonses on these defendants without prepayment of fees and costs or security therefor. Service should be attempted in care of the Craighead County Sheriff, 901 Willett Road, Jonesboro, Arkansas 72401.[3]

IT IS SO ORDERED this 22nd day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of Court is directed to change the style of the case to remove Craighead County Detention Center as a defendant because it is not named a defendant in Plaintiff's amended complaint (Doc. No. 5).

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious; that fail to state a claim for relief; or that seek money from a defendant who is immune from paying damages should be dismissed before the defendants are served. 28 U.S.C. § 1915A, 1915(e)(2).

[3] If any of these defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.