**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TYLER ANTONIO KING                                                    PLAINTIFF

v.                                      No: 3:18-cv-00007 JLH-PSH

K. BLACK, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

Dated this 4th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE